**Wiley HOLMES, Appellant,**

v.

**Charles S. GARLAND, et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 18, 1955.

Smith & Shehan, J. B. Johnson, Harlan, for appellant.

James S. Greene, Jr., Hiram M. Brock, Jr., Harlan, for appellees.

PER CURIAM.

The judgment of the trial court mandatorily enjoined the appellant to remove an obstruction from an alleged county roadway and permanently enjoined any further obstructions thereon. We are affirming the judgment because the record discloses that the action of the trial court was proper.

The motion for an appeal is overruled, and the judgment is affirmed.